1008

[No. 43113-1-II. Division Two. October 8, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MAXPHIL DAVID LAUE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 11-1-00494-3, Leila Mills, J., entered February 17, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Maxa, J.

[No. 43156-4-II. Division Two. October 8, 2013.]

BASIL D. YAUGER, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-2-02285-1, Lisa L. Sutton, J., entered February 10, 2012. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, A.C.J., and Penoyar, J.

[No. 43208-1-II. Division Two. October 8, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ZANE RYAN CAVENDER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-02164-7, Beverly G. Grant, J., entered February 24, 2012. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Penoyar and Bjorgen, JJ.

[No. 43297-8-II. Division Two. October 8, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN R. GARDNER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 11-1-00343-7, Gordon Godfrey, J., entered March 5, 2012. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Worswick, C.J., and Hunt, J.